AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GREG FLEMING and MARIA FLEMING,

       *Plaintiff*

v.

NORTHWEST TRUSTEE SERVICES, INC., et al,

       *Defendant*

Civil Action No. 2:15-CV-00102-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Bastian on a motion for dismissal. Motion is granted. Judgment in favor of Defendants; against Plaintiffs.

Date: June 12, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
       *(By) Deputy Clerk*
Cheryl Cambensy